DONALD FELIX, Respondent, v LAW OFFICE OF THOMAS F. LIOTTI, Appellant.

Submitted February 14, 2012; decided April 3, 2012

Reported below, 90 AD3d 597; 2012 NY Slip Op 61575(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within

the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for a stay dismissed as academic.